1
2
Attorneys for Plaintiff, James Ives
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 05 3659 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), James Ives<br><br>                                   Plaintiffs,<br><br>            vs.<br><br>Pfizer, Inc., et al.<br>                                   Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JAMES IVES, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: /s/ Peter L. Kaufman
Peter L. Kaufman
Attorneys for Plaintiff, James Ives

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: August 6, 2009        GORDON & REES

                             By: /s/
                             _____
                             Stuart M. Gordon
                             Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-